United States District Court
Southern District of Indiana
Evansville Division

Todd Russell
"Plaintiff"
v
Department of Corrections
and
Vanderburgh Circuit Court
"Defendants"

FILED
08/12/2024
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

3:24-cv-00149-MPB-CSW

Motion to File
42 U.S.C. § 1983

Comes now Plaintiffs, moves the Court to enter an Order requiring the Courts to Grant Plaintiffs Motion to File 42 U.S.C. § 1983 for the following:

In 2010, Mr Todd Russell was Sentenced to DOC for 4 years do 2 years. In Court

It was stated that the Courts would not impose Lifetime Parole on Todd Russell. In 2014 when Todd Russell was released from Parole, he was informed he was being placed on Lifetime Parole. Since then, Todd Russell has been forced to pass up jobs, miss out on family events, holidays and birthdays. For One, Mr Russell served his commitment to the state of Indiana with his Sentence. Forcing Todd Russell to serve more time, is and should be deemed unconstitutional. Mr Russell has been forced to serve more time on Lifetime Penalty Felonies for helping his children and family. Lifetime Parole has affected all areas of Todd Russell's Life, and has made his life far harder than it should be, especially considering the Courts said no to Lifetime Parole when addressed in Court. Todd Russell was never supposed to be placed on Lifetime Parole and should be released from it. His Sentence has been carried out and anything added or enhanced past his initial agreement should not be allowed or applied to Mr Russell. Todd Russell feels his rights to a fair Sentence were violated, and he feels DOC violated his rights and Sentence by imposing Lifetime Parole when the Courts said no to Lifetime Parole.

Todd Russell is seeking damages in the amount of $400,000 dollars (Four hundred thousand dollars) for loss of time, emotional and financial stress. Mr Russell was forced to miss out on family events, birthdays and Holidays. Mr Russell was also forced to serve more time due to being incarcerated for Lifetime Parole Penalties. Todd Russell is also seeking to be released from Lifetime Parole along with the $400,000 in damages.

## Certificate of Service

I Certify, that on August 8th 2024, by Mail that the enclosed Documents are True

*Todd R.*
Todd Russell
"Petitioner"





CHANDA BANNER
COMMISSION NUMBER NP0686163
MY COMMISSION EXPIRES
MAY 31, 2032

Chanda Banner
August 8th 2024