UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| TODD RUSSELL, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) No. 3:24-cv-00149-MPB-CSW |
| DEPARTMENT OF CORRECTIONS, VANDERBURGH CIRCUIT COURT, | ) ) ) ) |
| Defendants. | ) ) |

**FINAL JUDGMENT**

The Court has ordered that this action be **dismissed without prejudice**. The Court now enters **FINAL JUDGMENT**.

Dated: October 29, 2024

*[signature]*

Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Kristine L. Seufert, Clerk

BY: _____*[signature]*_____
Deputy Clerk, U.S. District Court

Distribution:

TODD RUSSELL
VANDERBURGH COUNTY DETENTION CENTER
VANDERBURGH COUNTY DETENTION CENTER
Inmate Mail/Parcels
3500 N. Harlan Ave.
Evansville, IN 47711